AO 91 (Rev. 08/09) Criminal Complaint                                                                                      DANIEL E. FUNK

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED by ___ D.C.
MAY 2 5 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

United States of America )
v. )
) Case No. 18-8241-BER
MOISES ENRIQUE ROMERO VALECILLO, )
a/k/a "Jhon Michael Garcia Jimenez" )
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 20, 2014__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 911 | Falsely representing oneself to be a citizen of the United States |
| 18 U.S.C. § 1028A | Knowingly using, without lawful authority, a means of identification of another person, during and in relation to an enumerated felony |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent, Thomas Gunter
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/25/18

_____
*Judge's signature*

City and state: West Palm Beach, Florida     Bruce E. Reinhart, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Thomas Gunter, having been duly sworn, hereby depose and state as follows:

### I. INTRODUCTION AND SUMMARY OF PROBABLE CAUSE

1. I make this affidavit in support of a criminal complaint charging **MOISES ENRIQUE ROMERO VALECILLO**, DOB 7/12/1996, with violating 18 U.S.C. § 911, and 18 U.S.C. § 1028A. As set forth in greater detail below, an investigation by the Diplomatic Security Service has revealed probable cause that on June 20, 2014, in Palm Beach County, Florida, MOISES ENRIQUE ROMERO VALECILLO falsely and willfully represented himself to be a citizen of the United States, in violation of Title 18, United States Code, Section 911; and in relation to the violation of 18 U.S.C. § 911, did knowingly use, without lawful authority, a means of identification of another person, in violation of Title 18, United States Code, Section 1028A.

### II. AGENT BACKGROUND

2. I am a Special Agent (SA) of the U.S. Department of State, Bureau of Diplomatic Security, Diplomatic Security Service (DSS) and have been so employed since June 2014. I have been assigned to the Miami Field Office since January 2018, and was previously assigned to DSS' Office of Mobile Security Deployments. Currently my duties and responsibilities include conducting investigations into criminal violations of the laws of the United States related to U.S. passports, visas, and other travel documents used to transit international borders. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center at Glynco, Georgia. I have received additional training in criminal investigations at the Diplomatic Security Training Center and the Brevard Community College Law Enforcement Academy. Prior to becoming a DSS Special Agent, I was a deputy sheriff employed by the Brevard County (Florida) Sheriff's Office from 2006 to 2014 and a police officer employed by the West Melbourne (Florida) Police Department from 2005 to 2006.

3. The information in this affidavit is based on my personal knowledge and information provided to me by other law enforcement officers and individuals. The information in this affidavit is provided for the limited purpose of establishing probable cause. The information is not a complete statement of all the facts known by me related to this case.

### III. VIOLATIONS

4. Title 18, United States Code, Section 911, makes it unlawful for any person to falsely and willfully represent himself to be a citizen of the United States.

1

5. Title 18, United States Code, Section 1028A, makes it unlawful for any person to knowingly transfer, possess, or use, without lawful authority, a means of identification of another person, during and in relation to any felony enumerated in subsection (c) of 1028A. One of the enumerated statutes in subsection (c)(2) of Section 1028A is Title 18, United States Code, Section 911.

### IV. FACTS ESTABLISHING PROBABLE CAUSE

6. On or about February 22, 2012, ROMERO VALECILLO made an initial application for a Florida driver's license in Sebring, Florida. He falsely claimed to be "J.M.G.J.," a United States citizen born in the Commonwealth of Puerto Rico. ROMERO VALECILLO produced the following personally identifiable information as his own; social security number XXX-XX-2202, date of birth February XX, 1997, place of birth Puerto Rico. As proof of identity and citizenship, ROMERO VALECILLO submitted a U.S. Passport #457716501 in the identity of "J.M.G.J.." Prior to issuance of the license in the identity of "J.M.G.J.," ROMERO VALECILLO provided a signature to the examiner indicating, "Under penalty of perjury, I swear or affirm that the information given by me in this application is true and correct." ROMERO VALECILLO was issued an original Florida driver's license #G622-433-97-055-0 in the identity of "J.M.G.J." as a result of this application.

7. On or about June 20, 2014, in Palm Beach, Florida, ROMERO VALECILLO applied for a replacement Florida driver's license for license # G622-433-97-055-0 in the identity of "J.M.G.J.." ROMERO VALECILLO produced and surrendered a previously issued Florida driver's license # G622-433-97-055-0 bearing his likeness as proof of identity. ROMERO VALECILLO was issued a replacement Florida driver's license in the identity of "J.M.G.J." as a result of this transaction. Prior to issuance of the renewal license in the identity of "J.M.G.J.," ROMERO VALECILLO provided a signature to the examiner indicating, "Under penalty of perjury, I swear or affirm that the information given by me in this application is true and correct." Department of Highway Safety and Motor Vehicle records show that the following information was used: name "J.M.G.J.", social security number XXX-XX-2202, date of birth February XX, 1997, place of birth Puerto Rico.

8. The driver's license provided to ROMERO VALECILLO on June 20, 2014, was issued at the Tax Collector's Office in Royal Palm Beach, Palm Beach County, Florida. I am

aware through my training and experience that Royal Palm Beach, Palm Beach County, Florida, is within the federal jurisdictional venue of the Southern District of Florida.

9.   I am aware via my training and experience, that since approximately 2010 in accordance with Florida State Statute § 322.08, an applicant for a new driver's license in the state of Florida must produce primary identification documents which either establish the applicant's U.S. citizenship / nationality, or current immigration status prior to the issuance of a driver's license or identification card.

10.   DSS SAs investigated the 2009 DS-11 application for U.S. Passport #457716501 in the identity of "J.M.G.J." that was utilized by ROMERO VALECILLO as a primary identification and citizenship document in support of his aforementioned application for a Florida driver's license. DSS SAs conducting photographic comparisons located a U.S. non-immigrant visa (NIV) application, filed in August 2010, in the identity of Moises Enrique ROMERO VALECILLO, a Venezuelan national, whom appeared to be the same person depicted on U.S. Passport #457716501.

11.   Moises Enrique ROMERO VALECILLO listed a guardian of "S.Y.P.J." on or around June 20, 2014, in his application for a replacement license in the "J.M.G.J." identity. DSS SAs have determined via photographic and fingerprint comparisons that the "S.Y.P.J." identity is an alias (unlawfully derived from the personal identification information of a U.S. citizen) utilized by Moises Enrique ROMERO VALECILLO's brother, Keiber Anderxon ROMERO VALECILLO. A DSS investigation determined that Keiber Anderxon ROMERO VALECILLO is a Venezuelan national who is listed as an associated NIV applicant of Moises Enrique ROMERO VALECILLO.

12.   DSS SAs determined via photographic comparison and fingerprint analysis that the applying parent utilizing an alias of "O.T.J.M." (unlawfully derived from the personal identification information of a U.S. citizen) for Moises ROMERO VALECILLO's U.S. Passport #457716501 in the identity of "J.M.G.J.", was in actuality Jaide Maciel VALECILLO BRACHO, a Venezuelan national who claimed Moises and Keiber ROMERO VALECILLO as her sons in an August 2010 NIV application.

13.   DSS SAs obtained certified copies of identity documents from the Puerto Rico Electoral Commission (CEE) and Puerto Rico Demographic Registry (PRDR) for the identity of "J.M.G.J." These documents supported the "J.M.G.J." identity as that of a living person, born and

3

residing in Puerto Rico. According to an Office of Investigations record from the PRDR, the identity of "J.M.G.J" with social security number XXX-XX-2202 and date of birth February XX 1997 corresponds with an official birth record. A photograph of "J.M.G.J." with date of birth February XX 1997 and corresponding mother's and father's names with the PRDR birth record obtained from the CEE did not match the ROMERO VALECILLO identity.[1]

## V. CONCLUSION

14. Based on the information contained in this affidavit, I believe that sufficient probable cause exists to determine that on June 20, 2014, in Palm Beach County, Florida, MOISES ENRIQUE ROMERO VALECILLO falsely and willfully represented himself to be a citizen of the United States and in doing so knowingly used, without lawful authority, a means of identification of another person.

FURTHER AFFIANT SAYETH NAUGHT

THOMAS GUNTER
Special Agent
Diplomatic Security Service

Sworn and subscribed before me this
25 day of May 2018

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

---

[1] Your affiant observed a discrepancy between the last digit of the Social Security number for "J.M.G.J." on the CEE document which ends in "1" and the last digit of the Social Security number of used by ROMERO VALECILLO in his application for a Florida driver's license in the "J.M.G.J." identity ending in "2". The PRDR Office of Investigations Record corresponding with "J.M.G.J." birth record shows a corresponding Social Security number ending in a "2" and it is believed that the CEE record may contain a typo.

4